IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOY MITCHELL,

     Plaintiff

v.

BEACON SALES ACQUISITION, INC.,

     Defendant.

Civil Action No. 1:17-cv-05044-AT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and the Court's Order dated January 9, 2018 [Doc. No. 14], Plaintiff Joy Mitchell and Defendant Beacon Sales Acquisition, Inc. hereby stipulate that this action and all claims set forth in Plaintiff's Complaint are hereby dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 19th day of January, 2018.

| | |
|---|---|
| */s/ Louis R. Cohan* | */s/ Glenn G. Patton* |
| Louis R. Cohan | Glenn G. Patton |
| Georgia Bar No. 173357 | Georgia Bar No. 567235 |
| lcohan@cohanlawgroup.com | glenn.patton@alston.com |
| | |
| Cohan Law Group, LLC | Alston & Bird LLP |
| 3340 Peachtree Road NE | 1201 West Peachtree Street |
| Suite 2570 | Atlanta, Georgia 30309-3424 |
| Atlanta, Georgia 30326 | Telephone:  (404) 881-7785 |
| Telephone: (404) 891-1770 | Facsimile:  (404) 253-8780 |
| Facsimile:  (404) 891-5094 | |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOY MITCHELL,

     Plaintiff

v.

BEACON SALES ACQUISITION, INC.,

     Defendant.

Civil Action No. 1:17-cv-05044-AT

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I served a copy of the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE, with the Clerk of Court

using the CM/ECF System, as well as served a copy by email to the following

attorney for Plaintiff:  Louis R. Cohan at lcohan@cohanlawgroup.com.

*/s/ Glenn G. Patton*
Glenn G. Patton
Georgia Bar No. 567235
glenn.patton@alston.com